# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2194
Lower Tribunal No. CF13-003219-XX

_____

RANDALL SCOTT MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Michelle O. Pincket, Judge.

June 23, 2026

PER CURIAM.

   AFFIRMED.

WHITE, SMITH and PRATT, JJ., concur.


Randall Scott Miller, Bushnell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED